IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JONES, #150204, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 18-0488-CG-B |
| | ) |
| CYNTHIA STEWART, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 8, 2021 (Doc. 32) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Defendants' motion for summary judgment is **GRANTED**, and that Plaintiff's motion to amend his complaint to add the Alabama Department of Corrections as a defendant is **DENIED**. It is further **ORDERED** that Plaintiff's claims are dismissed with prejudice, and that this action is dismissed in its entirety.

**DONE** and **ORDERED** this 30th day of March, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE