IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES JONES, #150204, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION 18-0488-CG-B |
| | ) |
| CYNTHIA STEWART, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED,** **ADJUDGED,** and **DECREED** that Plaintiff's claims are dismissed with prejudice, and that this action is dismissed in its entirety.

**DONE** and **ORDERED** this 30th day of March 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE